# **<u>EXHIBIT 2</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

MAGAZINE INCORPORAÇÕES S.A., ET AL.[1]     Chapter 15
                                            Case No.:
    Debtors in a Foreign Proceeding.
_____/

**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

---

[1] The Brazilian Court entered an order extending the bankruptcy to include the following additional debtors: Aldeia Shop Investimentos e Participações Societárias Ltda, Allmalls Participações LTDA., Atlas Investments LTDA, Bertol Aerotáxi Ltda, Bottosso Serviços Administrativos LTDA. – ME, BR.Agroadm Participações Ltda., Brasilwoods Participações LTDA., Brpark Estacionamentos LTDA, Cápsula Eventos LTDA, Centermall Participações LTDA., City Hotéis Administração S.A., Cne Adm Participações Societárias LTDA., Cne Centro Oeste Participações Societárias LTDA, Cne Credit Participações Societárias LTDA., Cne Editora e Gráfica LTDA., Cne Franquias LTDA., Cne Nordeste Participações Societárias LTDA., Cne Norte Participações Societárias LTDA., Cne Participações Societárias LTDA., Cne Properties Empresariais Imobiliárias LTDA., Cne Sudeste Participações Societárias LTDA., Cne Sul Participações Societárias LTDA, Cnetech Participações Societárias LTDA, Condomínio Shopping Gravataí Ltda, Diamond Participações Societárias LTDA, Diamondmall Participações LTDA., E-global Marketplace Participações e Administração de Shopping Center, Egm I Participações LTDA, Egm III Participações LTDA., Egm IV Participações LTDA., Egm V Participações LTDA., Egm VI Participações LTDA., Egm VII Participações LTDA, Fazenda 4R Participações Ltda., Fazenda Graciosa Participações LTDA., Fazenda Jk Participações LTDA., Fazenda Ribeirão Preto Participações LTDA., Fazenda São Carlos Participações S.A, Fullagro Participações LTDA., Ggp Adm Participações Societárias LTDA, Ggp Bh Participações Societárias Ltda, Ggp Bsb Participações Societárias LTDA, Ggp Cj Participações Societárias LTDA., Ggp Cwb Participações Societária LTDA., Ggp Fln Participações Societárias LTDA., Ggp Mia Participações Societárias LTDA., Ggp Ny Participações Societárias LTDA., Ggp Paris Participações Societárias LTDA., Ggp Ssa Participações Societárias LTDA, Globalfinance Participações LTDA, Globalmalls Participações e Administração de Shopping Center S.A., Gmalls Editora e Distribuidora LTDA., Gmcard Participações Ltda., Gmtv Participações LTDA., Go Mall Assessoria Para Shopping Centers LTDA., Gravataí Shop Investimentos e Participações Societárias Ltda, Groenlândia Properties Empreendimentos e Participações S.A., Guepardo Global Properties Participações LTDA., Guepardo Tecnologia e Participações S.A, Haus Mídia e Merchandising LTDA, Imperiale Participações Ltda., Irrbrasil LTDA, Jvl Equity Participações Societárias LTDA, Jvl Participações LTDA., Latan Participações Societárias LTDA., Lorival Rodrigues 5813226010419, M. Invest Planejamento e Administração de Shopping Center S.A., M. Africa Participações Ltda, M. América Participações Ltda, M. Asia Participações Ltda, M Blue Participações Ltda., M. Continental Participações SPE Ltda, M Europa Participações Ltda, M. Fit Participações Ltda., M. Fortaleza Participações Ltda., M Gold Center Participações Ltda, M Infinity Participações Ltda, M. Plaza Participações SPE LTDA., M. Rental Participações Ltda, M. Royal Participações SPE LTDA., Magazine Sul Representações Ltda ME, Mineração Rio Azul LTDA –ME, Mineral Agro Participações S/A, MPAR Participações S. A, Multi Mix Comunicação Corporativa LTDA – EPP, Multihotéis Planejamento e Administração de Hotéis S.A, Nacional Agro Participações Ltda., Olive Fomento Cultural LTDA, Oneagro Participações LTDA., Onemall Participações LTDA., Península Participações Societárias LTDA., Phoenix Floresta Participações LTDA., Sma Participações LTDA., Sul Forte Soluções Imobiliárias Ltda – Me, Topcom Comunicação LTDA., Topmall Participações LTDA., Trademalls Participações LTDA., Twb Participações S.A., União Participações Ltda., Vila Rica Agro Participações Ltda., Wish Gestão de Talentos LTDA.

Page **1** of **17**

Medeiros & Medeiros Administração Judicial, the judicial administrator of the foreign bankruptcy estate ("<u>Judicial Administrator</u>" or "<u>Foreign Representative</u>") of Magazine Incorporações S.A. ("<u>Magazine</u>"), et al. (collectively, the "<u>Debtors</u>"), provides the following corporate ownership information for each of the Debtors, to the extent known by the Judicial Administrator, under Fed. R. Bankr. P. 1007(a)(4) and 7007.1:

1. **MAGAZINE INCORPORAÇÕES S.A**.
   a. Cyro Santiago Rodrigues – 50%
   b. Lorival Rodrigues – 50%

2. **AGROMAUA PARTICIPAÇÕES LTDA.**
   a. M. Agro Participações S.A. – 90%
   b. Br. Agroadm Participações S.A. – 10%

3. **ALDEIA SHOP INVEST. E PART. SOCIETÁRIAS LTDA**.
   a. Lorival Rodrigues – 5%
   b. Cyro Santiago Rodrigues – 5%
   c. M. Invest Planejamento e Administracao de Shopping Center S.A. – 90%

4. **ALLMALLS PARTICIPAÇÕES LTDA.**
   a. M. Invest Planejamento e Administracao de Shopping Center S.A. – 90%
   b. Globalmalls participações e Administração de Shopping Center S.A. – 10%

5. **ATLAS INVESTIMENTS LTDA**.
   a. Guepardo Tecnologia e Participações S/A – 90%
   b. TWB Participações S/A – 10%

6. **BERTOL AEROTAXI LTDA.**
   a. Lorival Rodrigues – 50%

b. Cyro Santiago Rodrigues – 50%

7. **BR. AGROADM PARTICIPAÇÕES S.A**.

   a. Camila Santiago Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

   b. Norma Botosso – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

8. **BRASILWOODS PARTICIPAÇÕES LTDA.**

   a. M. Agro Participações S.A. – 90%

   b. Br. Agroadm Participações S.A. – 10%

9. **BRPARK ESTACIONAMENTOS LTDA**.

   a. JVL Equity Ltda – 90%

   b. Atlas Investiments Ltda. – 10%

10. **CÁPSULA EVENTOS LTDA**.

    a. TWB Participações S/A – 90%

    b. Guepardo Tecnologia e Participações S/A – 10%

11. **CENTERMALL PARTICIPAÇÕES LTDA**.

    a. M. Invest Planejamento e Administracao de Shopping Center S.A. – 90%

    b. Globalmalls participações e Administração de Shopping Center S.A. – 10%

12. **CITY HOTÉIS ADMINISTRAÇÃO S.A.**

    a. Lorival Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

    b. Cyro Santiago Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

**13. CNE ADM PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

   a. Atlas Investiments Ltda – 10%

   b. Cne Participações Societárias Ltda – 90%

**14. CNE CENTRO OESTE PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

   a. Cne Participações Societárias Ltda – 90%

   b. Cne Adm Participações Societárias Ltda – 10%

**15. CNE CREDIT PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

   a. Cne Participações Societárias Ltda – 10%

   b. Cne Adm Participações Societárias Ltda – 90%

**16. CNE EDITORA E GRÁFICA LTDA.**

   a. Cne Participações Societárias Ltda – 10%

   b. Cne Adm Participações Societárias Ltda – 90%

**17. CNE FRANQUIAS LTDA**.

   a. Cne Participações Societárias Ltda – 10%

   b. Cne Adm Participações Societárias Ltda – 90%

**18. CNE NORDESTE PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

   a. Cne Participações Societárias Ltda – 90%

   b. Cne Adm Participações Societárias Ltda – 10%

**19. CNE NORTE PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

   a. Cne Participações Societárias Ltda – 90%

   b. Cne Adm Participações Societárias Ltda – 10%

**20. CNE PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

   a. JVL Equity Ltda – 70%

b. Atlas Investiments Ltda – 30%

**21. CNE PROPERTIES EMPRESARIAIS IMOBILIÁRIAS LTDA**.

a. Cne Participações Societárias Ltda – 90%

b. Cne Adm Participações Societárias Ltda – 10%

**22. CNE SUDESTE PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

a. Cne Participações Societárias Ltda – 90%

b. Cne Adm Participações Societárias Ltda – 10%

**23. CNE SUL PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

a. Cne Participações Societárias Ltda – 90%

b. Cne Adm Participações Societárias Ltda – 10%

**24. CNETECH PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

a. Cne Participações Societárias Ltda – 10%

b. Cne Adm Participações Societárias Ltda – 90%

**25. CONDOMÍNIO SHOPPING GRAVATAÍ LTDA.**

a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

**26. DIAMOND PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

a. JVL Equity Ltda – 30%

b. Atlas Investiments Ltda – 70%

**27. DIAMONDMALL PARTICIPAÇÕES LTDA.**

a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

28. **E-GLOBAL MARKETPLACE PARTICIPAÇÕES. E ADMINISTRAÇÃO DE SHOPPING CENTER**

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

29. **EGM I PARTICIPAÇÕES LTDA**.

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

30. **EGM III PARTICIPAÇÕES LTDA.**

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

31. **EGM IV PARTICIPAÇÕES LTDA**.

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

32. **EGM V PARTICIPAÇÕES LTDA**.

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

33. **EGM VI PARTICIPAÇÕES LTDA**.

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

34. **EGM VII PARTICIPAÇÕES LTDA**.

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls Participações e Administração de Shopping Center S.A – 10%

35. **FAZENDA 4R PARTICIPAÇÕES LTDA**.

    a. Mineral Agro Participações S/A – 90%

    b. BR.AGROADM Participações S/A – 10%

**36. FAZENDA GRACIOSA PARTICIPAÇÕES LTDA**.

    a. M. Agro Participações S.A. – 90%

    b. Br. Agroadm Participações S.A. – 10%

**37. FAZENDA JK PARTICIPAÇÕES LTDA.**

    a. M. Agro Participações S.A. – 90%

    b. Br. Agroadm Participações S.A. – 10%

**38. FAZENDA RIBEIRÃO PRETO PARTICIPAÇÕES LTDA**.

    a. M. Agro Participações S.A. – 90%

    b. Br. Agroadm Participações S.A. – 10%

**39. FAZENDA SÃO CARLOS PARTICIPAÇÕES S.A.**

    a. M. Agro Participações S.A. – 90%

    b. Br. Agroadm Participações S.A. – 10%

**40. FULLAGRO PARTICIPAÇÕES LTDA.**

    a. M. Agro Participações S.A. – 90%

    b. Br. Agroadm Participações S.A. – 10%

**41. GGP ADM PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

    a. Guepardo Global Properties Participações Ltda – 90%

    b. JVL Equity Ltda – 10%

**42. GGP BH PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

    a. Guepardo Global Properties Participações Ltda – 90%

    b. GGP Adm Participações Societárias Ltda – 10%

**43. GGP BSB PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

 a. Guepardo Global Properties Participações Ltda – 90%

 b. GGP Adm Participações Societárias Ltda – 10%

**44. GGP CJ PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

 a. Guepardo Global Properties Participações Ltda – 90%

 b. GGP Adm Participações Societárias Ltda – 10%

**45. GGP CWB PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

 a. Guepardo Global Properties Participações Ltda – 90%

 b. GGP Adm Participações Societárias Ltda – 10%

**46. GGP FLN PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

 a. Guepardo Global Properties Participações Ltda – 90%

 b. GGP Adm Participações Societárias Ltda – 10%

**47. GGP MIA PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

 a. Guepardo Global Properties Participações Ltda – 90%

 b. GGP Adm Participações Societárias Ltda – 10%

**48. GGP NY PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

 a. Guepardo Global Properties Participações Ltda – 90%

 b. GGP Adm Participações Societárias Ltda – 10%

**49. GGP PARIS PARTICIPAÇÕES SOCIETÁRIAS LTDA.**

 a. Guepardo Global Properties Participações Ltda – 90%

 b. GGP Adm Participações Societárias Ltda – 10%

**50. GGP SSA PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

 a. Guepardo Global Properties Participações Ltda – 90%

    b. GGP Adm Participações Societárias Ltda – 10%

**51. GLOBALFINANCE PARTICIPAÇÕES LTDA.**

    a. JVL Equity Ltda – 90%

    b. Atlas Investiments Ltda – 10%

**52. GLOBALMALLS PART. E ADM. DE SHOPPING CENTER S.A**.

    a. Lorival Rodrigues – 10%

    b. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

**53. GMALLS EDITORA E DISTRIBUIDORA LTDA.**

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls participações e Administração de Shopping Center S.A. – 10%

**54. GMTV PARTICIPACOES LTDA**.

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b. Globalmalls participações e Administração de Shopping Center S.A – 10%

**55. GO MALL ASSESSORIA PARA SHOPPING CENTERS LTDA.**

    a. TWB Participações S/A – 90%

    b. Guepardo tecnologia e Participações S/A – 10%

**56. GRAVATAÍ SHOP INVEST. E PART. SOCIETÁRIAS LTDA.**

    a. M. Invest Planejamento e Administração de Shopping Center S.A. – 99.52%

    b. Lorival Rodrigues – 0.24%

    c. Cyro Santiago Rodrigues – 0.24%

**57. GROENLÂNDIA PROPERTIES EMPREEND. E PARTICIPAÇÕES S.A**.

    a. Lorival Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

b. Cyro Santiago Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

### 58. GUEPARDO GLOBAL PROPERTIES PARTICIPAÇÕES LTDA.

a. JVL Equity Ltda – 10%

b. Atlas Investiments Ltda – 90%

### 59. GUEPARDO TECNOLOGIA E PARTICIPAÇÕES S.A.

a. Imperiale Participações Ltda – 10%

b. Camila Santiago Rodrigues – 90%

### 60. HAUS MÍDIA E MERCHANDISING LTDA.

a. TWB Participações S/A – 90%

b. Guepardo tecnologia e Participações S/A – 10%

### 61. IMPERIALE PARTICIPAÇÕES LTDA.

a. Mineral Agro participações S/A – 90%

b. BR. Agroadm Participações S/A – 10%

### 62. IRRBRASIL LTDA.

a. JVL Equity ltda – 90%

b. Atlas Investiments Ltda – 10%

### 63. JVL EQUITY PARTICIPAÇÕES SOCIETÁRIAS LTDA.

a. Guepardo Tecnologia e Participações S/A – 90%

b. TWB Participações S/A – 10%

### 64. JVL PARTICIPAÇÕES LTDA.

a. M. Invest Planejamento e Administracao de Shopping Center S.A. – 90%

b. Globalmalls participações e Administração de Shopping Center S.A – 10%

65. **LATAN PARTICIPAÇÕES SOCIETÁRIAS LTDA**.

   a. JVL Equity Ltda – 90%

   b. Atlas Investiments Ltda – 10%

66. **M. INVEST PLANEJAMENTO E ADMINISTRAÇÃO DE SHOPPING CENTER S.A.**

   a. Cyro Santiago Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

   b. Lorival Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

67. **M. ÁFRICA PARTICIPACOES LTDA**.

   a. M. Invest Planejamento e Admin. de Shopping Center S.A. – 90%

   b. Cyro Santiago Rodrigues – 5%

   c. Lorival Rodrigues – 5%

68. **M. ÁSIA PARTICIPAÇÕES LTDA**.

   a. M. Invest Planejamento e Admin. de Shopping Center S.A. – 90%

   b. Cyro Santiago Rodrigues – 5%

   c. Lorival Rodrigues – 5%

69. **M. BLUE PARTICIPAÇÕES LTDA**.

   a. M. Invest Planejamento e Admin. de Shopping Center S.A. – 90%

   b. Cyro Santiago Rodrigues – 5%

   c. Lorival Rodrigues – 5%

70. **M. EUROPA PARTICIPAÇÕES LTDA.**

   a. Multihoteis Planejamento e Administração de Hoteis S/A – 90%

b. City Hoteis Administração S/A – 10%

**71. M. FIT PARTICIPAÇÕES LTDA**.

a. Cyro Santiago Rodrigues – 50%

b. Lorival Rodrigues – 50%

**72. M. FORTALEZA PARTICIPAÇÕES LTDA**.

a. Mineral Agro Participações S/A – 90%

b. BR. AGroadm Participações S/A – 10%

**73. M. GOLD CENTER PARTICIPAÇÕES LTDA.**

a. Cyro Santiago Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

b. Lorival Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

c. Multihoteis Planejamento e Administração de Hoteis S/A – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

**74. M. INFINITY PARTICIPAÇÕES LTDA**.

a. Cyro Santiago Rodrigues – 5%

b. Lorival Rodrigues – 5%

c. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

**75. M. PLAZA PARTICIPAÇÕES SPE LTDA.**

a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

**76. M. RENTAL PARTICIPAÇÕES LTDA**.

   a. Cyro Santiago Rodrigues – 1%

   b. Lorival Rodrigues – 1%

   c. M. Invest Planejamento e Admin. de Shopping Center S.A. – 98%

**77. M. ROYAL PARTICIPAÇÕES SPE LTDA.**

   a. M. Invest Planejamento e Administracao de Shopping Center S.A. – 90%

   b. Globalmalls Participações e Administração de Shopping Center S.A. – 10%

**78. MAGAZINE SUL REPRESENTAÇÕES LTDA. – ME**

   a. Cyro Santiago Rodrigues – 33.34%

   b. Tania Santiago Rodrigues – 33.33%

   c. Lorival Rodrigues – 33.33%

**79. MINERAÇÃO RIO AZUL LTDA. – ME**

   a. Mineral Agro Participações S/A – 90%

   b. Br. AGROADM Participações S/A – 10%

**80. MINERAL AGRO PARTICIPAÇÕES S.A.**

   a. Sidnei Renato Paiva dos Santos – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

   b. Marcia Cristina Moreira – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

   c. Camila Santiago Rodrigues – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

**81. MPAR PARTICIPAÇÕES S.A.**

   a. M. Continental Participações Ltda. – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

    b. M. Fit Participações Ltda. – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

### 82. MULTI MIX COMUNICAÇÃO CORPORATIVA LTDA. – EPP

    a. Magazine Incorporações S/A – 90%

    b. MPAR Participações S/A – 10%

### 83. MULTIHOTÉIS PLANEJAMENTO E ADMINISTRAÇÃO DE HOTÉIS S.A.

    a. Lorival Rodrigues – 50%

    b. Cyro Santiago Rodrigues – 50%

### 84. NACIONAL AGRO PARTICIPAÇÕES LTDA.

    a. Mineral Agro Participações S/A – 90%

    b. BR. AGROADM Participações S/A – 10%

### 85. OLIVE FOMENTO CULTURAL LTDA.

    a. TWB Participações S/A – 90%

    b. Guepardo Tecnologia e Participações S/A – 10%

### 86. ONEAGRO PARTICIPAÇÕES LTDA.

    a. M. Agro Participações S/A – 90%

    b. BR. Agroadm Participações S/A – 10%

### 87. ONEMALL PARTICIPAÇÕES LTDA.

    a. M. Invest Planejamento e Administracao de Shopping Center S.A. – 90%

    b. Globalmalls participações e Administração de Shopping Center S.A – 10%

### 88. PENÍNSULA PARTICIPAÇÕES SOCIETÁRIAS LTDA.

    a. Atlas Investiments Ltda – 90%

    b. Guepardo Global Properties Participações Ltda – 10%

**89. PHOENIX FLORESTA PARTICIPAÇÕES LTDA.**

    a.  M. Agro Participações S/A – 90%

    b.  BR. Agroadm Participações S/A – 10%

**90. SMA PARTICIPAÇÕES LTDA.**

    a.  M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b.  Globalmalls Participações e Administração de Shopping Center S.A. – 10%

**91. SUL FORTE SOLUÇÕES IMOBILIÁRIAS LTDA. – ME**

    a.  Tania Regina Santiago Rodrigues – 10%

    b.  Cyro Santiago Rodrigues – 90%

**92. TOPCOM COMUNICAÇÃO LTDA.**

    a.  TWB Participações S/A – 90%

    b.  Guepardo Tecnologia e Participações S/A – 10%

**93. TOPMALL PARTICIPAÇÕES LTDA.**

    a.  M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b.  Globalmalls Participações e Administração de Shopping Center S.A. – 10%

**94. TRADEMALLS PARTICIPAÇÕES LTDA.**

    a.  M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

    b.  Globalmalls Participações e Administração de Shopping Center S.A. – 10%

**95. TWB PARTICIPAÇÕES S.A.**

    a.  Imperiale Participações Ltda – 10%

    b.  Camila Santiago Rodrigues – 90%

**96. UNIÃO PARTIPAÇÕES LTDA.**

    a.  Mineral Agro Participações S/A - 90%

b. BR. Agroadm Participações S/A – 10%

**97. VILA RICA AGRO PARTIPAÇÕES LTDA.**

a. Mineral Agro Participações S/A – 90%

b. BR. Agroadm Participações S/A – 10%

**98. WISH GESTÃO DE TALENTOS LTDA**.

a. TWB Participações S/A – 90%

b. Guepardo Tecnologia e Participações S/A – 10%

**99. BOTTOSSO SERVIÇOS ADMINISTRATIVOS LTDA. ME**

a. Norma Bottosso – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

b. Jaakov Fuhrman – Exact ownership percentage is unknown based on the information currently available to the Judicial Administrator.

**100. M. AMÉRICA PARTICIPAÇÕES LTDA.**

a. Magazine Incorporações S/A – 90%

b. Lorival Rodrigues – 10%

**101. M. CONTINENTAL PARTICIPAÇÕES SPE LTDA.**

a. Magazine Incorporações S/A – 90%

b. MPAR Participações S/A – 10%

**102. GMCARD PARTICIPAÇÕES LTDA**.

a. M. Invest Planejamento e Administração de Shopping Center S.A. – 90%

b. Globalmalls Participações e Administração de Shopping Center S/A – 10%

Date: September 8, 2020            Respectfully submitted,
                                                        **SEQUOR LAW, P.A.**
                                                        1111 Brickell Avenue, Suite 1250
                                                        Miami, Florida 33131
                                                         lblanco@sequorlaw.com
                                                         cgoncalves@sequorlaw.com
                                                         Telephone:     (305) 372-8282
                                                         Facsimile:      (305) 372-8202

                                                         By:  */s/ Leyza Blanco*
                                                                 Leyza Blanco
                                                                Florida Bar No. 104639
                                                                Carolina Zambrano Goncalves
                                                                Florida Bar No. 124570